IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA MEADE                                                                                     PLAINTIFF

V.                           CASE NO. 3:16-CV-00064 BD

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                                  DEFENDANT

## ORDER

Plaintiff Sandra Meade has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #19) She seeks fees and expenses in the amount of $2,980.17. The Commissioner does not object to the amount requested. (#21) The Commissioner states, however, that the fees should be payable to Ms. Meade, subject to offset for any debt she may owe to the Government.

Ms. Meade's motion (#19) is GRANTED, and she is awarded $2,980.17 in fees and expenses, subject to offset, if she has outstanding government debt.

DATED this 17th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE